# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                              §
                                    §
OPHUS, DONALD G.                    §    Case No. 14-28899
                                    §
         Debtor                     §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/06/2014 . The undersigned trustee was appointed on 08/06/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 80,454.84 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 0.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 80,454.84 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/16/2016 and the deadline for filing governmental claims was 04/16/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 7,272.74 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 7,272.74 , for a total compensation of $ 7,272.74 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.48 , for total expenses of $ 0.48 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/25/2016          By: /s/R. SCOTT ALSTERDA
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 14-28899 JSB Judge: JANET S. BAER | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | OPHUS, DONALD G. | Date Filed (f) or Converted (c): | 08/06/14 (f) |
| | | 341(a) Meeting Date: | 09/25/14 |
| For Period Ending: | 06/20/16 | Claims Bar Date: | 04/16/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 914 Thames Circle, Schaumburg, Illinois 60193 | 300,000.00 | 0.00 | | 0.00 | FA |
| 2. 14 651 S. LaGrange Road, Orland Park, Illinois | 1,700,000.00 | 0.00 | | 0.00 | FA |
| 3. Harris Bank checking account | 0.00 | 0.00 | | 0.00 | FA |
| 4. Cornerstone Bank checking account | 1,032.00 | 0.00 | | 0.00 | FA |
| 5. Chase Bank checking account | 11,200.00 | 0.00 | | 0.00 | FA |
| 6. Household goods and furnishings, computer, old ste | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Various hard cover and paperback books | 15.00 | 0.00 | | 0.00 | FA |
| 8. Wedding ring, gold necklace | 120.00 | 0.00 | | 0.00 | FA |
| 9. Golf clubs, baseballs, bowling ball, 15 year old c | 50.00 | 0.00 | | 0.00 | FA |
| 10. IRA - Harris Bank | 2,600.00 | 0.00 | | 0.00 | FA |
| 11. 50% member interest in TJHD Properties, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 12. 1/3 interest in Ork Properties, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 13. 1/3 interest in Ork II Properties, L.L.C. | 0.00 | 0.00 | | 0.00 | FA |
| 14. 2005 Hyundai Sonana | 2,000.00 | 0.00 | | 0.00 | FA |
| 15. Camper | 5,500.00 | 0.00 | | 0.00 | FA |
| 16. Computer and printer | 300.00 | 0.00 | | 0.00 | FA |
| 17. Saws, drills, etc. | 500.00 | 0.00 | | 0.00 | FA |
| 18. Annuity (u) | 70,000.00 | 70,000.00 | | 80,454.84 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $2,094,317.00   $70,000.00       $80,454.84   $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1   **UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*                                                                                                                                                    Ver: 19.06a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 14-28899   JSB   Judge: JANET S. BAER | Trustee Name:   R. SCOTT ALSTERDA |
| Case Name: | OPHUS, DONALD G. | Date Filed (f) or Converted (c):   08/06/14 (f) |
| | | 341(a) Meeting Date:   09/25/14 |
| | | Claims Bar Date:   04/16/16 |

Trustee is preparing the TFR.

Initial Projected Date of Final Report (TFR): 07/31/16    Current Projected Date of Final Report (TFR): 07/31/16

/s/   R. SCOTT ALSTERDA
_____   Date: 06/21/16
    R. SCOTT ALSTERDA

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 14-28899 -JSB | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | OPHUS, DONALD G. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2788 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3543 | | | |
| For Period Ending: | 06/20/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/31/16 | 18 | ELCO Mutual Life and Annuity<br>916 Sherwood Drive<br>Lake Bluff, IL 60044-2285 | Annuity | 1229-000 | 80,454.84 | | 80,454.84 |

\* Reversed
t Funds Transfer

| | Account *******2788 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 1 | | Deposits | 80,454.84 | 0 | Checks | 0.00 |
| 0 | | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 80,454.84 | | | |
| | | | | | Total | $ 0.00 |
| 0 | | Adjustments In | 0.00 | | | |
| 0 | | Transfers In | 0.00 | | | |
| | | Total | $ 80,454.84 | | | |

Trustee's Signature:  /s/  R. SCOTT ALSTERDA  Date: 06/21/16
                     R. SCOTT ALSTERDA

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM2T4

Ver: 19.06a

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 25, 2016 |
|---|---|---|---|---|---|---|
| Case Number: | 14-28899 | Claim Class, Priority Sequence | | | | |
| Debtor Name: | OPHUS, DONALD G. | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000<br>2100-00 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Administrative | | $0.00 | $7,272.74 | $7,272.74 |
| 000<br>2200-00 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Administrative | | $0.00 | $0.48 | $0.48 |
| 001<br>3110-00 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Administrative | | $0.00 | $5,871.00 | $5,871.00 |
| 001<br>3120-00 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Administrative | | $0.00 | $13.20 | $13.20 |
| 001<br>3210-60 | Law Offices of William J. Factor, Ltd.<br>Attention William J. Factor<br>105 W. Madison Street, Suite 1500<br>Chicago, IL 60602 | Administrative | | $0.00 | $20,113.71 | $20,113.71 |
| 000001<br>070<br>7100-00 | Atlas Acquisitions LLC (AT&T Telecom)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $0.00 | $250.40 | $250.40 |
| 000002<br>070<br>7100-00 | Fifth Third Bank<br>P.O. Box 9013<br>Addison, Texas 75001 | Unsecured | | $0.00 | $535.71 | $535.71 |
| 000003B<br>070<br>7100-00 | FirstMerit Bank<br>c/o FactorLaw<br>Attn Sara Lorber<br>105 W. Madison Street, Suite 1500<br>Chicago, IL 60602 | Unsecured | | $0.00 | $2,232,683.26 | $2,232,683.26 |
| 000003A<br>050<br>4110-00 | FirstMerit Bank<br>c/o Law Office of William J. Factor<br>105 W. Madison St., Suite 1500<br>Chicago, IL 60602 | Secured | | $0.00 | $200,000.00 | $200,000.00 |
| 000004<br>050<br>4110-00 | Cornerstone Bank<br>1 West Northwest Highway<br>Palatine, IL 60067 | Secured | (4-1) 14 651 S Lagrange Rd., Orland Park, IL<br>(4-1) Mortgage  Incomplete PDF, Filer Notified to File Amended Claim Modified on 4/6/16 nb<br>WITHDRAWN 4-6-16 [Dkt 34] | $0.00 | $1,738,277.50 | $0.00 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 25, 2016 |
|---|---|---|---|---|---|---|

Case Number:  14-28899  
Debtor Name:  OPHUS, DONALD G.

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000005<br>050<br>4110-00 | Cornerstone Bank<br>1 West Northwest Highway<br>Palatine, IL 60067 | Secured | | $0.00 | $1,738,277.50 | $1,738,277.50 |
| | Case Totals: | | | $0.00 | $5,943,295.50 | $4,205,018.00 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-28899
Case Name: OPHUS, DONALD G.
Trustee Name: R. SCOTT ALSTERDA

Balance on hand $ 80,454.84

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003A | FirstMerit Bank | $ 200,000.00 | $ 200,000.00 | $ 0.00 | $ 0.00 |
| 000005 | Cornerstone Bank | $ 1,738,277.50 | $ 1,738,277.50 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 80,454.84

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA | $ 7,272.74 | $ 0.00 | $ 7,272.74 |
| Trustee Expenses: R. SCOTT ALSTERDA | $ 0.48 | $ 0.00 | $ 0.48 |
| Attorney for Trustee Fees: Nixon Peabody LLP | $ 5,871.00 | $ 0.00 | $ 5,871.00 |
| Attorney for Trustee Expenses: Nixon Peabody LLP | $ 13.20 | $ 0.00 | $ 13.20 |
| Other: Law Offices of William J. Factor, Ltd. | $ 20,113.71 | $ 0.00 | $ 20,113.71 |

Total to be paid for chapter 7 administrative expenses $ 33,271.13

Remaining Balance $ 47,183.71

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,233,469.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (AT&T Telecom) | $ 250.40 | $ 0.00 | $ 5.29 |
| 000002 | Fifth Third Bank | $ 535.71 | $ 0.00 | $ 11.32 |
| 000003B | FirstMerit Bank | $ 2,232,683.26 | $ 0.00 | $ 47,167.10 |
| | Total to be paid to timely general unsecured creditors | | | $ 47,183.71 |
| | Remaining Balance | | | $ 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE