UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case 14-28899 |
| | ) | Chapter 7 |
| DONALD G. OPHUS, | ) | Hon. Janet S. Baer |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned attorney, hereby certify that on July 26, 2016, I electronically filed the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following individuals:

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604
312-886-5785
USTPRegion11.ES.ECF@usdoj.gov

| | | |
|---|---|---|
| **David E. Cohen**<br>Fisher Cohen Waldman Shapiro, LLP<br>1247 Waukegan Road, Suite 100<br>Glenview, IL 60025 | representing | **Donald G. Ophus**<br>914 Thames Circler<br>Schaumburg, IL 60193 |
| **David P. Holtkamp**<br>Law Office of William J. Factor, Ltd.<br>105 West Madison Street, Suite 1500<br>Chicago, IL 60602 | representing | **FirstMerit Bank, NA** |

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604
312-886-5785
USTPRegion11.ES.ECF@usdoj.gov

and I hereby further certify that on July 26, 2016, I caused to be sent by first class U.S. mail the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to the following non-registered individuals by depositing envelopes in the mailboxes located at 70 W. Madison, Suite 3500, Chicago, IL 60602 before the hour of 5:00 p.m.:

**Apollo Credit Agency I**
3501 S. Teller Street
Lakewood, CO 80235

**Capital 1 Bank**
**Attn:  Bankruptcy Dept.**
P.O. Box 30285
Salt Lake City, UT 84130

**Chase**
P.O. Box 15298
Wilmington, DE 19850

**Cornerstone Bank**
1 West Northwest Highway
Palatine, IL 60067

**Fifth Third Bank**
**Fifth Third Bank Bankruptcy Department**
1830 East Paris Ave. SE
Grand Rapids, MI 49546

**FirstMerit Bank**
c/o Law Office of William J. Factor
105 West Madison St., Suite 1500
Chicago, IL 60602

**Keynote Consulting**
220 West Campus Drive, Suite 102
Arlington Heights, IL 60004

**Midland Funding**
8875 Aero Drive, Suite 200
San Diego, CA 92123

**Northwest Collectors**
3601 Algonquin Rd., Ste. 23
Rolling Meadows, IL 60008

**Village Bank and Trust**
150 East Rand Road
Arlington Heights, IL 60004

**Wells Fargo Hm Mortgage**
8480 Stagecoach Cir
Frederick, MD 21701

**Fed Ex**
P. O. Box 94515
Palatine, IL 60094

**First Midwest Bank**
1 Pierce Place
Suite 1500
Itasca, IL 60143

**Ingram Micro Inc.**
Attn Recovery Services
1759 Wehrle Drive
Buffalo, NY 14221

**Martingale Road, LLC**
425 North Martingale Road
Schaumburg, IL 60173

**Securematics**
1135 Walsh Avenue
Santa Clara, CA 95050

**TESSCO**
P. O. Box 102885
Atlanta, GA 30368-2885

**Westcon Group North America**
P. O. Box 512573
Philadelphia, PA 19175-2573

Dated: July 26, 2016

R. SCOTT ALSTERDA, not individually but as Chapter 7 Trustee for Donald G. Ophus, Debtor

/s/  R. Scott Alsterda
*One of his attorneys*

4835-9247-6213.1
075475-000001

> R. Scott Alsterda (# 3126771)
> Nixon Peabody LLP
> 70 West Madison Street, Suite 3500
> Chicago, Illinois 60602
> (312) 977-9203 (Tel.)
> (312) 977-4405 (Fax)
> Email: rsalsterda@nixonpeabody.com