UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| OPHUS, DONALD G. | § | Case No. 14-28899 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. SCOTT ALSTERDA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 1,704,017.00                    Assets Exempt: 320,300.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  47,183.71      Claims Discharged
                                                  Without Payment:  3,605,424.92

Total Expenses of Administration:  33,271.13

3) Total gross receipts of $ 80,454.84 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 80,454.84 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 2,024,876.00 | $ 3,676,555.00 | $ 3,676,555.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 33,271.13 | 33,271.13 | 33,271.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,419,139.26 | 2,233,469.37 | 2,233,469.37 | 47,183.71 |
| **TOTAL DISBURSEMENTS** | $ 3,444,015.26 | $ 5,943,295.50 | $ 5,943,295.50 | $ 80,454.84 |

4) This case was originally filed under chapter 7 on 08/06/2014 . The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/07/2016                By:/s/R. SCOTT ALSTERDA
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Annuity | 1229-000 | 80,454.84 |
| **TOTAL GROSS RECEIPTS** | | **$ 80,454.84** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cornerstone Bank 1 West Northwest Highway Palatine, IL 60067 | | 1,860,000.00 | NA | NA | 0.00 |
| | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 | | 164,876.00 | NA | NA | 0.00 |
| 000004 | CORNERSTONE BANK | 4110-000 | NA | 1,738,277.50 | 1,738,277.50 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | CORNERSTONE BANK | 4110-000 | NA | 1,738,277.50 | 1,738,277.50 | 0.00 |
| 000003A | FIRSTMERIT BANK | 4110-000 | NA | 200,000.00 | 200,000.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 2,024,876.00 | $ 3,676,555.00 | $ 3,676,555.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA AS TRUSTEE | 2100-000 | NA | 7,272.74 | 7,272.74 | 7,272.74 |
| R. SCOTT ALSTERDA AS TRUSTEE | 2200-000 | NA | 0.48 | 0.48 | 0.48 |
| NIXON PEABODY LLP | 3110-000 | NA | 5,871.00 | 5,871.00 | 5,871.00 |
| NIXON PEABODY LLP | 3120-000 | NA | 13.20 | 13.20 | 13.20 |
| LAW OFFICES OF WILLIAM J. FACTOR | 3210-600 | NA | 20,113.71 | 20,113.71 | 20,113.71 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 33,271.13 | $ 33,271.13 | $ 33,271.13 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Apollo Credit Agency I 3501 S Teller St Lakewood, CO 80235 | | 64.00 | NA | NA | 0.00 |
| | Apollo Credit Agency I 3501 S Teller St Lakewood, CO 80235 | | 61.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: Bankruptcy Dept. PO Box 30285 Salt Lake City, UT 84130 | | 216.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase PO Box 15298 Wilmington, DE 19850 | | 1,298.00 | NA | NA | 0.00 |
| | Fifth Third Bank Fifth Third Bank Bankruptcy Department, 1830 East Paris Ave. Se Grand Rapids, MI 49546 | | 538.00 | NA | NA | 0.00 |
| | FirstMerit Bank c/o Law Office of William J. Factor 105 W. Madison St., Suite 1500 Chicago, IL 60602 | | 1,402,968.26 | NA | NA | 0.00 |
| | Keynote Consulting 220 West Campus Drive Suite 102 Arlington Heights, IL 60004 | | 2,654.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 690.00 | NA | NA | 0.00 |
| | Northwest Collectors 3601 Algonquin Rd Ste 23 Rolling Meadows, IL 60008 | | 650.00 | NA | NA | 0.00 |
| | Village Bank and Trust 150 E. Rand Rd. Arlington Heights, IL 60004 | | 10,000.00 | NA | NA | 0.00 |
| 000001 | ATLAS ACQUISITIONS LLC (AT&T TELECO | 7100-000 | NA | 250.40 | 250.40 | 5.29 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | FIFTH THIRD BANK | 7100-000 | NA | 535.71 | 535.71 | 11.32 |
| 000003B | FIRSTMERIT BANK | 7100-000 | NA | 2,232,683.26 | 2,232,683.26 | 47,167.10 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,419,139.26 | $ 2,233,469.37 | $ 2,233,469.37 | $ 47,183.71 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-28899 JSB Judge: JANET S. BAER | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | OPHUS, DONALD G. | Date Filed (f) or Converted (c): | 08/06/14 (f) |
| | | 341(a) Meeting Date: | 09/25/14 |
| For Period Ending: 10/07/16 | | Claims Bar Date: | 04/16/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 914 Thames Circle, Schaumburg, Illinois 60193 | 300,000.00 | 0.00 | | 0.00 | FA |
| 2. 14 651 S. LaGrange Road, Orland Park, Illinois | 1,700,000.00 | 0.00 | | 0.00 | FA |
| 3. Harris Bank checking account | Unknown | 0.00 | | 0.00 | FA |
| 4. Cornerstone Bank checking account | 1,032.00 | 0.00 | | 0.00 | FA |
| 5. Chase Bank checking account | 11,200.00 | 0.00 | | 0.00 | FA |
| 6. Household goods and furnishings, computer, old ste | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Various hard cover and paperback books | 15.00 | 0.00 | | 0.00 | FA |
| 8. Wedding ring, gold necklace | 120.00 | 0.00 | | 0.00 | FA |
| 9. Golf clubs, baseballs, bowling ball, 15 year old c | 50.00 | 0.00 | | 0.00 | FA |
| 10. IRA - Harris Bank | 2,600.00 | 0.00 | | 0.00 | FA |
| 11. 50% member interest in TJHD Properties, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 12. 1/3 interest in Ork Properties, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 13. 1/3 interest in Ork II Properties, L.L.C. | 0.00 | 0.00 | | 0.00 | FA |
| 14. 2005 Hyundai Sonana | 2,000.00 | 0.00 | | 0.00 | FA |
| 15. Camper | 5,500.00 | 0.00 | | 0.00 | FA |
| 16. Computer and printer | 300.00 | 0.00 | | 0.00 | FA |
| 17. Saws, drills, etc. | 500.00 | 0.00 | | 0.00 | FA |
| 18. Annuity (u) | 70,000.00 | 70,000.00 | | 80,454.84 | FA |
| TOTALS (Excluding Unknown Values) | $2,094,317.00 | $70,000.00 | | $80,454.84 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is preparing the TFR.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-28899    JSB    Judge: JANET S. BAER | Trustee Name:    R. SCOTT ALSTERDA |
| Case Name: | OPHUS, DONALD G. | Date Filed (f) or Converted (c):    08/06/14 (f) |
| | | 341(a) Meeting Date:    09/25/14 |
| | | Claims Bar Date:    04/16/16 |

Initial Projected Date of Final Report (TFR): 07/31/16     Current Projected Date of Final Report (TFR): 07/31/16

/s/    R. SCOTT ALSTERDA
_____    Date: 10/07/16
     R. SCOTT ALSTERDA

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-28899 -JSB | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | OPHUS, DONALD G. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2788 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3543 | | |
| For Period Ending: | 10/07/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/31/16 | 18 | ELCO Mutual Life and Annuity<br>916 Sherwood Drive<br>Lake Bluff, IL 60044-2285 | Annuity | 1229-000 | 80,454.84 | | 80,454.84 |
| 08/30/16 | 030001 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Trustee Compensation dkt 45 | 2100-000 | | 7,272.74 | 73,182.10 |
| 08/30/16 | 030002 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Trustee Expenses dkt 45 | 2200-000 | | 0.48 | 73,181.62 |
| 08/30/16 | 030003 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Attorney for Trustee Fees dkt 47 | 3110-000 | | 5,871.00 | 67,310.62 |
| 08/30/16 | 030004 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Attorney for Trustee Expenses 47 | 3120-000 | | 13.20 | 67,297.42 |
| 08/30/16 | 030005 | Law Offices of William J. Factor, Ltd.<br>Attention William J. Factor<br>105 W. Madison Street, Suite 1500<br>Chicago, IL 60602 | Special Counsel for Trustee Fees 46 | 3210-600 | | 20,113.71 | 47,183.71 |

Page Subtotals 80,454.84 33,271.13

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-28899 -JSB | Trustee Name: | R. SCOTT ALSTERDA |
| --- | --- | --- | --- |
| Case Name: | OPHUS, DONALD G. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2788 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3543 | | |
| For Period Ending: | 10/07/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/16 | 030006 | Atlas Acquisitions LLC (AT&T Telecom)<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000001, Payment 2.11262% | 7100-000 | | 5.29 | 47,178.42 |
| 08/30/16 | 030007 | Fifth Third Bank<br>1830 East Paris S.E.<br>MS #RSCB3E<br>Grand Rapids, Michigan 49546 | Claim 000002, Payment 2.11308% | 7100-000 | | 11.32 | 47,167.10 |
| 08/30/16 | 030008 | FirstMerit Bank<br>c/o FactorLaw<br>Attn Sara Lorber<br>105 W. Madison Street, Suite 1500<br>Chicago, IL 60602 | Claim 000003B, Payment 2.11257% | 7100-000 | | 47,167.10 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 80,454.84 | 80,454.84 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 80,454.84 | 80,454.84 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 80,454.84 | 80,454.84 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account (Non-Interest Earn - *******2788 | 80,454.84 | 80,454.84 | 0.00 |
| | 80,454.84 | 80,454.84 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    47,183.71

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 14-28899 -JSB |
| Case Name: | OPHUS, DONALD G. |
| Taxpayer ID No: | *******3543 |
| For Period Ending: | 10/07/16 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2788  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - ********2788)

Trustee's Signature:  /s/ R. SCOTT ALSTERDA   Date: 10/07/16
R. SCOTT ALSTERDA

Page Subtotals        0.00        0.00

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 12)